# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17CR0972-CAB |
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| **CHARLES I. ENEJE**, | |
| Defendant | |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against CHARLES I. ENEJE in this case is dismissed without prejudice.

IT IS FURTHER ORDERED the bond is hereby exonerated. Counsel must prepare an order to disburse funds or release collateral.

SO ORDERED.

DATED: January 4, 2018

HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE